UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| KATHY WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil No. 5:16-cv-000342-GFVT |
| V. | ) | |
| NANCY A. BERRYHILL, | ) | **JUDGMENT** |
| Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

*** *** *** ***

In accordance with Rule 58 of the Federal Rules of Civil Procedure and pursuant to sentence four of 42 U.S.C. § 405(g), it is hereby **ORDERED** as follows:

1. The administrative decision of the Commissioner of Social Security is **AFFIRMED** and Judgment is **ENTERED** in favor of the Social Security Administration with respect to all issues raised herein;

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no cause for delay;

3. All issues properly raised herein having been resolved, this action is **DISMISSED** with prejudice; and

4. This matter is **STRICKEN** from the Court's active docket.

This the 26th day of March, 2018.

Gregory F. Van Tatenhove
United States District Judge